

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-12-1999

# Hull v. Kyler

Precedential or Non-Precedential:

Docket 97-7551

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation
"Hull v. Kyler" (1999). *1999 Decisions.* Paper 254.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/254

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 97-7551

Hull v. Kyler

     The following modifications have been made to the Court's
Opinion issued on  August 23, 1999, to the above-entitled appeal
and will appear as part of the final version of the opinion:


     1.  On page 7, line 16, the word "retrying" should be changed to
"trying."

     2.  On page 40,  second full paragraph, line 1, the word "retry"
should be "try"; on
               line 2, the word "retrial" should be "trial"; and on line
6, the word "retrying"
          should be changed to "trying."

     3.  On page 40, third full paragraph, line 4, the word "retried"
should be changed
               to "tried."

     4.  On page 41, line 1, the word "retry" should be changed to "try."




                    Very truly yours,


                    /s/ P. Douglas Sisk,
                       Clerk


Dated: September 10, 1999